O'DONNELL and O'NEILL, JJ., dissent.

LANZINGER, J., dissents and would accept the appeal on Proposition of Law No. I.

**2013–0477. Qi v. Yang.**
Greene App. No. 2012–CA–24, 2012-Ohio-5542. Discretionary appeal not accepted and motion to consolidate denied as moot.

O'NEILL, J., dissents.

**2013–0480. State v. Markins.**
Scioto App. No. 10CA3387, 2013-Ohio-602.

O'NEILL, J., dissents.

**2013–0482. State v. Jackson.**
Cuyahoga App. No. 98354, 2013-Ohio-372.

O'NEILL, J., dissents and would accept the appeal and hold the cause for the decision in 2013–0167, *State v. Bonnell*, 5th Dist. No. 12CAA030022, 2012-Ohio-5150.

**2013–0483. State v. Newman.**
Erie App. Nos. E–11–065 and E–11–066, 2013-Ohio-414.

**2013–0484. In re M.R.**
Erie App. No. E–12–075.

O'CONNOR, C.J., and LANZINGER and O'NEILL, JJ., dissent.

**2013–0502. Hillman v. Edwards.**
Franklin App. No. 10AP–950. Discretionary appeal not accepted and motion for transmission of lower court record denied as moot.

FRENCH, J., not participating.

**2013–0505. HSBC Bank USA, Natl. Assn. v. Scacchi.**
Geauga App. No. 2012–G–3062, 2012-Ohio-5441.

**2013–0507. Phillips v. Ohio State Univ. Med. Ctr.**
Franklin App. No. 12AP–414, 2013-Ohio-464.

LANZINGER and O'NEILL, JJ., dissent.

**2013–0515. State v. Sturdivant.**
Cuyahoga App. No. 98747, 2013-Ohio-584.

**2013–0518. State v. Horsley.**
Scioto App. No. 12CA3473, 2013-Ohio-901.

PFEIFER, J., dissents.

**2013–0519. State v. Robinson.**
Lucas App. No. L–12–1023, 2013-Ohio-518.

PFEIFER and O'NEILL, JJ., dissent.

**2013–0522. Bank of Am., NA v. Valentine.**
Delaware App. No. 12 CAE 03 0020, 2013-Ohio-598.

**2013–0523. Luciano v. NCC Solutions, Inc.**
Cuyahoga App. No. 98789, 2013-Ohio-497.

PFEIFER and O'DONNELL, JJ., dissent.

**2013–0532. Sturgill v. JP Morgan Chase & Co.**
Hocking App. No. 12CA8, 2013-Ohio-688.

**2013–0534. Mtge. Electronic Registration Sys., Inc. v. Vascik.**
Lucas App. No. L–12–1232.

**2013–0548. State v. Mitchell.**
Montgomery App. No. 25402, 2013-Ohio-622.